CLARKE *against* RATHBUN.

Where a judgment is reversed on error to the C. P. upon a bill of exceptions taken there, costs should be taxed for the bill at the common pleas rate only.

On error from the Court of Common Pleas upon a bill of exceptions, the judgment being reversed, the taxing officer allowed Supreme Court costs for drawing and copying the bill of exceptions. A motion was now made to retax the bill in this particular.

*D. Tillinghast,* for the motion.

*C. E. Clarke,* contra.

*Curia.* This is a service performed in the Court below ; and the costs should be allowed at the Common Pleas rate only.

Motion granted.